667 A.2d 692

IN THE MATTER OF JOHN V. McDERMOTT,
JR., AN ATTORNEY AT LAW.

December 6, 1995.

## ORDER

The Disciplinary Review Board having on July 6, 1995, filed with the Court its decision concluding that **JOHN V. McDERMOTT, JR.,** of **VERNON,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 3.4(g) (threatening to present criminal charges to obtain an improper advantage in a civil matter) and *RPC* 8.4(d) (impeding the orderly administration of justice), and respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **JOHN V. McDERMOTT, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.